**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Tomasello,<br><br>          Plaintiff,<br><br>vs.<br><br>North Arkansas Wholesale, Inc., et al.,<br><br>          Defendants. | No. CIV 06-0779-PHX-DKD<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis (Doc. #2). In support of this application Plaintiff presented supporting information by filling out the form furnished for such purpose by the Clerk of this Court. The form requires that the information be provided "under penalty of perjury that the forgoing is true and correct" and it further requires that the applicant provide his or her signature in ink. It appears that Plaintiff has signed the form in ink as required but it also appears that plaintiff has inserted the statement "without prejudice UCC 1-207." Plaintiff has interdelineated this same phrase above his signature on his Complaint as well as on his affidavit in support of his Complaint. The Court does not understand what Plaintiff means by the insertion of this phrase and will therefore require Plaintiff to submit an explanation of the intended meaning and effect of the phrase or, in the alternative, present a Motion to Proceed In Forma Pauperis and supporting Information and his Complaint signed without the appearance of such a phrase.

IT IS ORDERED THAT Plaintiff shall provide the requested explanation or replacement documents within twenty (20) days of this Order. The Court will hold consideration of

1  Plaintiff's application to proceed in forma pauperis in abeyance until that time. Failure to timely
2  comply with this Order shall result in the denial of Plaintiff's application to proceed in forma
3  pauperis and may result in the dismissal of Plaintiff's Complaint.
4      DATED this 27th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge