1    **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9    David Tomasello,                    )    No. CIV 06-0779-PHX-SMM
                                          )
10              Plaintiff,                )    **ORDER**
                                          )
11   vs.                                  )
                                          )
12                                        )
     North Arkansas Wholesale Inc., et al., )
13                                        )
                Defendants.               )
14                                        )
     ─────────────────────────────────── )

15          Pending before the Court is Plaintiff David Tomasello's ("Plaintiff") Motion to Vacate

16   Judgment. (Doc. No. 28) The Court has already ruled on Plaintiff's Objection to the Court's

17   Order dismissing the case, which was construed as a motion to reconsider (Dkt. 27). Thus,

18   since Plaintiff has exhausted his remedies in this Court, his motion is improper and will be

19   denied.

20          Accordingly,

21   **IT IS ORDERED DENYING** Plaintiff's Motion to Vacate Judgment. (Doc. No. 28)

22          DATED this 12th day of September, 2007.

23

24

25

26   _____
                Stephen M. McNamee
27              United States District Judge

28